# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAY S. COOPER | § | |
| | § | |
| | § | |
| V. | § | CASE NO. 4:10-CV-689 |
| | § | Judge Schneider/Judge Mazzant |
| CITY OF PLANO, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 20, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Judge Dan K. Wilson's Motion to Dismiss (Dkt. #43) should be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiff, as well as Defendant Judge Dan K. Wilson's response to Plaintiff's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant Judge Dan K. Wilson's Motion to Dismiss (Dkt. #43) is GRANTED and Judge Dan K. Wilson is DISMISSED with prejudice.

**It is SO ORDERED**.

SIGNED this 16th day of July, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE