# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAY S. COOPER | § | |
| | § | |
| | § | |
| V. | § | CASE NO. 4:10-CV-689 |
| | § | Judge Schneider/Judge Mazzant |
| CITY OF PLANO, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Bruce Glasscock, Eddie DeLeon, Glenn Kaletta, Courtney Perot, Pete Gabriel, Jennifer Day, and Gregory Rushin's Motion to Dismiss (Dkt. #103) should be granted.

The Court, having made a *de novo* review of Plaintiff's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants Bruce Glasscock, Eddie DeLeon, Glenn Kaletta, Courtney Perot, Pete Gabriel, Jennifer Day, and Gregory Rushin's Motion to Dismiss (Dkt. #103)

is **GRANTED** and Bruce Glasscock, Eddie DeLeon, Glenn Kaletta, Courtney Perot, Pete Gabriel, Jennifer Day, and Gregory Rushin are dismissed with prejudice.

   **It is SO ORDERED.**

   **SIGNED this 13th day of September, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE