# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JAY S. COOPER | § | |
| | § | |
| | § | |
| V. | § | CASE  NO. 4:10-CV-689 |
| | § | Judge Schneider/Judge Mazzant |
| CITY OF PLANO, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 19, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that  Defendant Judge Dan K. Wilson's Motion for Sanctions (Dkt. #69) should be granted.

The Court, having made a *de novo* review of Plaintiff's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that  Defendant Judge Dan K. Wilson's Motion for Sanctions (Dkt. #69) is **GRANTED**.

It is further **ORDERED** that Plaintiff shall pay Collin County, on behalf of Judge Wilson, its attorney's fees and costs in the amount of $11,212.47.

It is further **ORDERED** that Plaintiff, Jay S. Cooper, or anyone acting on his behalf, is prohibited from filing or initiating any more lawsuits, pleadings, or other instruments of any kind or nature concerning the claims which have previously been made and dismissed with prejudice in the instant case against (1) Dan K. Wilson, (2) Stacey Kemp, (3) Collin County, Texas, (4) any elected officials, officers, agents, servants or employees of Collin County, (5) counsel Robert J. Davis and his Firm MATTHEWS, STEIN, SHIELS, PEARCE, KNOTT, EDEN & DAVIS, and any officers, agents, servants or employees of said Firm.

It is further **ORDERED** that Plaintiff, Jay S. Cooper, or anyone acting on his behalf, is prohibited from filing or initiating any more lawsuits, pleadings, or other instruments of any kind or nature against (1) Dan K. Wilson, (2) Stacey Kemp, (3) Collin County, Texas, (4) any elected officials, officers, agents, servants or employees of Collin County, (5) counsel Robert J. Davis and his Firm MATTHEWS, STEIN, SHIELS, PEARCE, KNOTT, EDEN & DAVIS, and any officers, agents, servants or employees of said Firm, until such document, pleading, or other instrument has first submitted to the Court for a determination that the claims or matters set forth a legitimate request for relief and have been approved by the Court for filing, service, or other appropriate handling.

**It is SO ORDERED.**

**SIGNED this 13th day of September, 2011.**

_/s/ Michael H. Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE